IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

SHAWN M. SINGLETON                                                                                          PETITIONER

VERSUS                                                              CIVIL ACTION NO.  2:15-cv-150- KS-FKB

WARDEN BRIAN LADNER                                                                                  RESPONDENT

### CERTIFICATE OF APPEALABILITY

      A final order adverse to the applicant having been filed in the captioned habeas corpus case, in which the detention complained of arises out of process issued by a state court, the court, considering the record in the case and the requirements of 28 U.S.C. § 2253, Rule 22(b) of the Federal Rules of Appellate Procedure, and Rule 11(a) of the Rules Governing Section 2254 Cases in the United States District Courts, hereby finds that:

      A Certificate of Appealability should not issue.  The applicant has failed to make a substantial showing of the denial of a constitutional right.


Date:  March 14, 2017                     s/Keith Starrett_____
                                                         UNITED STATES DISTRICT JUDGE